# United States District Court
## Violation Notice

**Loc. Code:** NJ61
**Violation No:** P 254676
**CI #:** 03-2171
**Print Officer Name:** SALVEMINI
**Officer No:** SH020

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 05-24-2003 1746
**Offense Charged:** 36 CFR 4.23 a
**Place of Offense:** (SHU) LOT BRAVO
**Offense Description:** DRIVING WHILE INTOXICATED (6TH OFFENSE) 27.00.00

**Defendant's Last Name:** HAAS
**First Name:** KURT
**MI:** E
**Street Address:** 500 NORTH BLVD
**City:** SOUTH BELMAR
**State:** NJ
**Zip Code:** 07719
**DL State:** NJ

### VEHICLE DESCRIPTION
**Vehicle Tag No:** EK11E
**Vehicle Tag State:** NJ
**Year:** 91
**Vehicle Make:** FORD
**Vehicle Color:** WHT

A ☒ YOU MUST APPEAR IN COURT SEE INSTRUCTIONS
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS
  ☐ I wish to terminate this matter by paying the collateral shown below enclosed
  ☐ I plead not guilty and promise to appear as required

### YOUR COURT DATE
**Date:** 07-16-03
**Time:** 0900 AM

**Collateral (fine):** NA

### Physical Description
| Sex | Race | Height | Weight | Hair | Eyes | (Check One) |
|---|---|---|---|---|---|---|
| M | W | 5-07 | 180 | BRN | BRN | Adult (circled) / Juvenile |

**Weather Conditions:** Clear, Cloudy, Rain (circled), Snow, Ice, Fog
**Light:** Medium (circled), Heavy

NPS Form 10-80 Rev 6/00

---

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on **24 MAY**, 20**03** while exercising my duties as a law enforcement officer in the **Sandy Hook Unit**, District of **New Jersey**

I OBSERVED HAAS TO BE OPERATING A FORD PICKUP ((NJ) EK11E) IN LOT BRAVO. UPON CONTACT, I OBSERVED HAAS TO BE EXHIBITING SYMPTOMS COMMON + CONSISTENT WITH BEING UNDER THE INFLUENCE OF ALCOHOL. HAAS COULD NOT SUCCESSFULLY COMPLETE ANY OF THE FIELD SOBRIETY TESTS CONDUCTED AT THE SCENE.

The foregoing statement is based upon
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on **05/24/2003**    [signature]

Probable cause has been stated for the issuance of a warrant

Executed on _____ Date _____ US Magistrate Judge

CVB Scan 6/19/2003 14:00:50

# United States District Court
## Violation Notice

Loc. Code: NJ61

Violation No: P 2546711
CI# 03-2171

Printing Officer Name: SALVEMINI
Officer No: 54020

P 254677

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 05-24-2003 1746
Offense Charged: 36CFR 7.2 NJSA ST 5:40
Place of Offense: (SHU) LOT BRAVO
Offense Description: DRIVING W/ SUSPENDED DL.
(6TH OFFENSE) 69-20-00

Defendant's Last Name: HAAS
First Name: KURT
M.I.: E

Street Address: 500 NORTH BLVD
City: SOUTH BELMAR
State: NJ
Zip Code: 07719
DL State: NJ
Social Sec:

### DESCRIPTION

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| EKJ1E | NJ | 91 | FORD | WHT |

A ☒ YOU MUST APPEAR IN COURT SEE INSTRUCTIONS.
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.
___ I wish to terminate this matter by paying the collateral shown below, enclosed.
___ I plead not guilty and promise to appear as required

### YOUR COURT DATE

Court Address:
Date: 07-16-03
Time: 0900

Collateral (fine): MA

**Physical Description** — Original CVB Copy

| Sex | Race | Height | Weight | Hair | Eyes | (Circle One) |
|---|---|---|---|---|---|---|
| M | W | 5-07 | 180 | BRO | BLU | Adult / Juvenile |

Weather Conditions: Clear / Cloudy / (Rain) / Snow / Ice / Fog
Traffic Conditions: Light / (Medium) / Heavy

NPS Form 10-50, Rev 6/00

---

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on **24 MAY** 20**03** while exercising my duties as a law enforcement officer in the **Sandy Hook Unit** District of **New Jersey**

UPON CONTACT W/ HAAS, HE WAS UNABLE TO PRODUCE A DRIVER'S LICENSE. DISPATCH RAN A DMV COMPUTER CHECK ON HAAS WHICH CONFIRMED HIS SUSPENSION.

The foregoing statement is based upon
☒ my personal observation
☒ my personal investigation
☒ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/24/2003
Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date _____ US Magistrate Judge