**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Violation #: __P254676__

Federal Court Building
Building #499, Riverside Ave
Fort Monmouth, NJ 07703
(732) 532-1446

| UNITED STATES OF AMERICA | ] | |
|---|---|---|
| | ] | **ORDER** |
| v. | ] | |
| __Kurt Haas__ | ] | Imposing Penalty Provisions of NJSA 39:4-50 & Program Requirements of the Intoxicated Driver Resource Centers |
| Defendant | ] | (IDRCs) ---- ASSIMILATED UNDER ~~32 CFR 634.25(f)~~ 36CFR 4.23(a) |

The defendant, __Kurt Haas__, more fully described below, having been charged with a violation of ~~NJSA 39:4-50(f) and 32 CFR 634.25(f)~~ on __36CFR 4.23(a)__, and having been convicted of same on ~~16 Jul 03~~ __27 Aug 03__, it is on this ~~16 Jul 03~~ __27 Aug 03__

**ORDERED** that,

1. Defendant shall **pay a fine of** $ ~~100~~ __$10.00__ fine + ~~$5.00~~ Special Assessment, and
2. Defendant's **driving privileges re hereby suspended** for a period of __220__ months; and
3. Defendant shall be **detained** for a minimum of ~~during~~ consecutive days to be served as prescribed by the program requirements of the New Jersey Intoxicated Driver Resource Centers. Defendant shall be notified by the IDRC/Bureau of Alcohol Countermeasures as to the place and time that the period of detainment will be served; and
4. Defendant shall serve a **term of imprisonment** for __180__ days to begin on _____ and to be served at _____; and
5. Defendant shall serve a **period of community service** of __NONE__; and
6. Defendant shall be **placed on probation** for a period of _____; and

It is further **ORDERED** that, defendant shall be required to satisfy the screening, evaluation, referral and program requirements of the State of New Jersey Bureau of Alcohol Countermeasures and the Intoxicated Driver Resource Centers. Failure to satisfy such requirements shall result in a mandatory two day term of imprisonment in a federal prison and a driver license revocation or suspension until such requirements are satisfied, unless stayed by court order in accordance with NJSA 39:5-22.

DATE: __8/27/03__

HONORABLE ANTHONY R. MAUTONE
UNITED STATES MAGISTRATE JUDGE

**ACKNOWLEDGMENT OF RECEIPT**

I, __Kurt Haas__, defendant, understand the consequences of failure to meet the requirements of the above referenced program. I further certify the following information is correct and acknowledge receipt of a copy and understand this ORDER.

DATE: _____

_____, Defendant

Address: __500 north Blvd, South Plainfield NJ__
Phone: _____   DOI _____   Sex: __M__
DL #: _____   ST: _____

cc: _____, Defendant
United States Department of Probation
New Jersey Division of Motor Vehicles, Bureau of Court Reports and Fines
Special Assistant United States Attorney