**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Federal Court Building
Building #499, Riverside Ave.
Fort Monmouth, NJ 07703
(732) 532-1446

Violation #: __P254676__

| | |
|---|---|
| UNITED STATES OF AMERICA | NOTICE TO DEFENDANT FOLLOWING CONVICTION UNDER NJSA 39:4-50(a) ---- ASSIMILATED UNDER ~~32 CFR 634.25(f)~~ 36 CFR 4.23(a) |
| v. | |
| __Kurt Haas__ | |

This is to inform you that as a person convicted of a violation of ~~NJSA 39:4-50(a)~~ 36 CFR 4.23(a), operating or allowing operation by a person under the influence of liquor or drugs, that if you are convicted of driving while on the revoked list for a revocation imposed as a result of this conviction, you shall be subject to the penalties established by NJSA 39:3-40 for that violation. Notwithstanding the other penalty provisions of NJSA 39:3-40 for driving on the revoked list, the penalty for driving on the revoked list while under suspension for a violation of NJSA 39:3-50(a) is a **fine of $750.00, an additional period of suspension of not less than one year**, nor more than two years and **you shall be imprisoned for a minimum of 10 days and up to a maximum of 90 days.**

This is to further inform you that the penalties for a second offense under NJSA 39:4-50(a), for operating or allowing operation by a person under the influence of liquor or drugs, are a **fine of not less than $500.00 nor more than $1,000.00 and 30 days community service, and a term of imprisonment for not less than 48 consecutive hours**, which term of imprisonment is not to be suspended or served on probation nor more than 90 days **and driver's license suspension for 2 years.**

For a third or subsequent offense, the penalties are a **fine of $1,000.00 and a term of imprisonment for not less than 180 days**, except that the term of imprisonment may be lowered by up to 90 days serving community service **and driver's license suspension for 10 years.**

You have been informed concerning the above consequences orally in open Court by the Special Assistant United States Attorney, at the direction of the United States Magistrate Judge.

DATE: __8/27/03__

_____
HONORABLE ANTHONY R. MAUTONE
UNITED STATES MAGISTRATE JUDGE

**ACKNOWLEDGMENT OF RECEIPT**

I, __Kurt Haas__, defendant, having been convicted of a violation of NJSA 39:4-50(a) and 32 CFR 634.25(f), before the above referenced United States District Court, hereby acknowledge receipt of a written notice of penalties for driving on the revoked list while suspended for a violation of NJSA 39:4-50(a) and also for the penalties for a second, third or subsequent violations of NJSA 39:4-50(a). I have also been informed of these consequences by the United States Magistrate Judge or the Prosecutor orally in open court.

DATE: _____

_____, Defendant

cc: _____, Defendant
United States Department of Probation
New Jersey Division of Motor Vehicles, Bureau of Court Reports and Fines
Special Assistant United States Attorney