# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.                                           Case Number    3:03-M-9590

KURT HAAS

Defendant.

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

The defendant, KURT HAAS, was represented by Ronald L. Horan, Esq..

On motion of the United States the court has dismissed Open Container Alcohol In Motor Vehicle (P254678).

The defendant pled guilty to Driving While Intoxicated and Driving While Suspended on August 27, 2003. Accordingly, the defendant is adjudged guilty of such count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Violation Number(s) |
| --- | --- | --- | --- |
| 36 CFR 4.23a | Driving While Intoxicated | May 24, 2003 | P254676 |
| NJSA 39:3-40 | Driving While Suspended | May 24, 2003 | P254677 |

As pronounced on August 27, 2003, the defendant is sentenced as provided on page 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the fine and special assessment are waived because of the defendant's inability to pay.

The defendant's driving privileges are hereby suspended for 120 months consecutive to any current suspension.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the ___16th___ day of September, 2003.

_____
Honorable Anthony R. Mautone
United States Magistrate Judge

Defendant's SSN: 000-00-
Defendant's Date of Birth:
Defendant's address: 500 North Boulevard, South Belmar, NJ 07719
As of August 27, 2003 the Defendant was in the Monmouth County Correctional Institute.

Judgment--Page 2 of 2

Defendant: KURT HAAS
Case Number: 3:03-M-9590

## IMPRISONMENT

As to Driving While Intoxicated, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 180 days consecutive to any sentence the defendant is currently serving in the State court system.

As to Driving While Suspended, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 90 days consecutive to the 180 days imposed on Driving While Intoxicated and any sentence the defendant is currently serving in the State court system.

The defendant shall remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal